| | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Agent: Travis J. Todd | Telephone: (810) 989-5056 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Rafael ULLOA-GARCIA

Case No.

Case: 2:25-mj-30223
Assigned To : Unassigned
Assign. Date : 4/11/2025
Description: RE: RAFAEL
ULLOA-GARCIA (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 8, 2025__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about April 8, 2025, in the Eastern District of Michigan, Southern Division, Rafael ULLOA-GARCIA, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about January 29, 2020, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☐ Continued on the attached sheet.

_Complainant's signature_

Travis J. Todd, Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: April 11, 2025

_Judge's signature_

City and state: Detroit, Michigan

David R. Grand, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Travis J. Todd, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Border Patrol and I have been employed in this capacity since August of 2009. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official immigration file and system automated data relating to Rafael ULLOA-GARCIA, which attests to the following:

2. Rafael ULLOA-GARCIA is a thirty-six-year-old male, native and citizen of Mexico, who claims to have last entered the United States at or near Eagle Pass, Texas in August of 2021, without being admitted, inspected or paroled by an Immigration Officer.

3. On April 25, 2017, ULLOA-GARCIA was arrested by the Walled Lake Police Department in Walled Lake, Michigan for operating without a license. ULLOA-GARCIA has an active warrant for failure to appear related to this encounter. The warrant was confirmed, but was not within range for pick up.

4. On April 26, 2017, ULLOA-GARCIA was encountered by the U.S. Border Patrol in Detroit, Michigan and issued a Warrant of Arrest/Notice to Appear. On May 8, 2017, ULLOA-GARCIA was ordered removed from the United States by an Immigration Judge. ULLOA-GARCIA was removed from the United States to Mexico through the Port of Entry in Laredo, Texas on May 16, 2017.

5. On March 12, 2018, ULLOA-GARCIA was encountered by the U.S. Border Patrol in Laredo, Texas and was issued a Reinstatement of Deportation Order. ULLOA-GARCIA was removed from the United States to Mexico through the Port of Entry in Laredo, Texas on March 14, 2018.

6. On January 14, 2020, ULLOA-GARCIA was encountered by U.S. Border Patrol in Laredo, Texas and was issued a Reinstatement of Deportation Order. ULLOA-GARCIA was convicted of 8 USC §1325(a)(1), illegal entry into the

1

United States, in Laredo, Texas and was sentenced to 15 days' confinement. ULLOA-GARCIA was removed from the United States to Mexico through the Port of Entry in Laredo, Texas on January 29, 2020.

7. On October 30, 2023, a warrant was issued out of Dearborn, Michigan against ULLOA-GARCIA for failure to appear. This warrant was confirmed but was not within range for pick up.

8. On April 8, 2025, a Border Patrol Agent from the Marysville Station (Michigan) encountered ULLOA-GARCIA while assisting Macomb County Sherrif's Department. A traffic stop was made due to the license plate not matching the vehicle and erratic driving to avoid the police presence. ULLOA-GARCIA, who was driving the vehicle, provided the name "Ramon CARDENAZ-RODRIGUEZ" to both the deputy and the border patrol agent. ULLOA-GARCIA also claimed to be a United States citizen. ULLOA-GARCIA then changed his story and claimed to be a legally admitted permanent resident. Immigration and criminal history records checks did not confirm any of ULLOA-GARCIA's claims. ULLOA-GARCIA was transported to the Marysville Border Patrol Station to confirm his identity. ULLOA-GARCIA's fingerprints reveal his real identity along with his actual criminal and immigration history.

9. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

10. Review of records from the alien file (A# xxx xxx 311) for ULLOA-GARCIA and queries in U.S. Department of Homeland Security databases confirm that no record exists of ULLOA-GARCIA obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his last removal on or about January 29, 2020.

11. Based on the above information, there is probable cause to believe that, on or about April 8, 2025, at or near Macomb Township, in the Eastern District of Michigan, Southern Division, Rafael ULLOA-GARCIA, an alien from Mexico was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about January 29, 2020, at or near Laredo, Texas, and not having obtained the express consent from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Travis J. Todd, Border Patrol Agent
U.S. Department of Homeland Security

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

April 11, 2025

3